No. 92–7504. FOWLER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–7506. MUNSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–7513. CRAIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7521. CANNON v. DEPARTMENT OF JUSTICE, UNITED STATES PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 92–7550. TUSA v. STANLEY DRY CLEANERS, INC. C. A. 10th Cir. Certiorari denied.

No. 92–7554. HENRY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–7589. LaCHANCE ET UX. v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7602. MARSHALL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–7607. IZONIBE v. DRUG ENFORCEMENT ADMINISTRATION. C. A. 2d Cir. Certiorari denied.

No. 92–7620. MADRID v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 92–7662. DAVIS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 92–7665. COLLINS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–7676. BRYAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7677. NAVIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.